# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| RBH ENERGY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 4:17-cv-00333 |
| | § | |
| | § | |
| ASHTON WOODS USA LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING STIPULATED DISMISSAL

Pending before the Court is a Stipulated Dismissal [Dkt. #8]. In light of Plaintiff RBH Energy, LLC's and Defendant Ashton Woods USA LLC's mutually resolving the dispute and the parties' agreement on the stipulation, the Court is of the view that it should be GRANTED.

It is therefore ORDERED that all claims and counterclaims brought in this matter are dismissed with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 18th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE